```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JOHN MULA,

                    Plaintiff,
                                          ORDER
          -against-                       12-CV-0471 (JS)(GRB)

VINCENT F. DeMARCO, et al.,

                    Defendants.
----------------------------------X
```
SEYBERT, District Judge:

        Pursuant to the Court's January 23, 2011 Order of Consolidation, the Court has reviewed the instant Complaint and finds that it relates to the subject matter of the Consolidated Action, <u>Lynch, et al. v. DeMarco, et al.</u>, 11-CV-2602 (JS)(GRB). A copy of the Order of Consolidation is annexed to this Order. As part of the Consolidation Action, you are represented by <u>pro</u> <u>bono</u> counsel, Shearman & Sterling LLP.[1]

        If you do **not** wish to proceed as part of the Consolidated Action you must so indicate in a letter to the Court within thirty (30) days of receiving a copy of this Order. Upon receipt of such a letter, the Court will direct the Clerk of the Court to sever your Complaint from the Consolidated Amended Complaint and reopen and reinstate your individual <u>pro</u> <u>se</u> action.

---

[1] Counsel's mailing address is:

        Lynch v. DeMarco Case Team
        c/o Shearman & Sterling LLP
        599 Lexington Avenue
        New York, NY 10022

Counsel's telephone number is: (212) 848-8023.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed.2d 21 (1962).

The Clerk of the Court is directed to mail a copy of this Order and the Order of Consolidation to the pro se Plaintiff at his last known address.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: February 9, 2012
       Central Islip, New York